## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Nadine Beth Bealonis  
   Debtor(s)

CHAPTER 13

BKY. NO. 13-70295

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7512

        Respectfully submitted,

        **/s/ James C. Warmbrodt, Esquire**  
        James C. Warmbrodt, Esquire  
        jwarmbrodt@kmllawgroup.com  
        Attorney I.D. No. 42524  
        KML Law Group, P.C.  
        701 Market Street, Suite 5000  
        Philadelphia, PA 19106  
        Phone: 215-825-6306  
        Fax: 215-825-6406  
        Attorney for Movant/Applicant