**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/13/2017

IN RE:

NADINE BETH BEALONIS
31 CLARION STREET
JOHNSTOWN,  PA  15905
XXX-XX-0472          Debtor(s)

Case No.13-70295 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/13/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account / Int % |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 1<br>Court Claim Number: 5<br>CLAIM: 720.01<br>COMMENT: GE CAPITAL RETAIL BANK-JC PENNEY | INT %: 0.00%<br>CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0998 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 2<br>Court Claim Number: 1<br>CLAIM: 16,787.54<br>COMMENT: $CL-PL@4.25%MDF/PL*DKT*FR ALLY FNNCL~DOC 54 | INT %: 4.25%<br>CRED DESC: VEHICLE<br>ACCOUNT NO.: 4509 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 3<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: RS/OE*1ST*SURR/PL@B OF A*CL=$97,685.25 | INT %: 0.00%<br>CRED DESC: MORTGAGE REGULAR PAYME[NT]<br>ACCOUNT NO.: 7512 |
| **WELLS FARGO BANK NA**<br>ONE HOME CAMPUS<br>MAC# X2302-04C<br>DES MOINES, IA  50328 | Trustee Claim Number: 4<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SURR/PL*2ND~NT ADR/SCH | INT %: 0.00%<br>CRED DESC: MORTGAGE REGULAR PAYME[NT]<br>ACCOUNT NO.: 4139 |
| **ASPIRE/CARD SVCS****<br>POB 105341<br>ATLANTA, GA  30348-5341 | Trustee Claim Number: 5<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | INT %: 0.00%<br>CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 5284 |
| **BANK OF AMERICA****<br>ATTN FIA CARD SVCS-PMT SVCS<br>1000 SAMOSET DR<br>NEWARK, DE  19713 | Trustee Claim Number: 6<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | INT %: 0.00%<br>CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 7597 |
| **BETA FINANCE CO INC**<br>8450 S BROADWAY<br>MERRILLVILLE, IN  46410 | Trustee Claim Number: 7<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | INT %: 0.00%<br>CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0472 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 8<br>Court Claim Number: 7<br>CLAIM: 1,719.90<br>COMMENT: CAPITAL ONE BANK-ORCHARD BANK | INT %: 0.00%<br>CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5790 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 9<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~BONTN/SCH | INT %: 0.00%<br>CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 4298 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 10<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | INT %: 0.00%<br>CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 6003 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CHARTER ONE FINANCIAL INC (CF)**<br>DIV CITIZENS FNNCL GRP/RBS CITIZENS<br>480 JEFFERSON BLVD - RJE 135<br><br>WARWICK, RI 02886 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 9858 |
| **CHRYSLER FINANCIAL****<br>ATTN TRUSTEE PAYMENT PROCESSING<br>PO BOX 16041<br><br>LEWISTON, ME 04243-9523 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~TD AUTO/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 0468 |
| **CITIBANK NA(*)**<br>4740 121ST ST<br><br>URBANDALE, IA 50323 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1290 |
| **CITIFINANCIAL INC (NON-RE*)**<br>POB 70923<br><br>CHARLOTTE, NC 28272-0923 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 0397 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 1,275.63<br>COMMENT: BON TON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5594 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 807.26<br>COMMENT: FNBM LLC*CREDIT ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3863 |
| **DELL FINANCIAL SERVICES LLC**<br>C/O RESURGENT CAP SVCS<br>POB 10390<br><br>GREENVILLE, SC 29603-0390 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 1,572.20<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9412 |
| **GE CAPITAL RETAIL BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br><br>MIAMI, FL 33131-1605 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 8357 |
| **GAP/GE MONEY++**<br>POB 103104<br><br>ROSWELL, GA 30076 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 7517 |
| **GEMB/JCPENNEY++**<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br><br>ROSWELL, GA 30076 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 4079 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **GEMB/JCPENNEY++**<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br><br>ROSWELL, GA  30076 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 2177 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br><br>NORFOLK, VA  23541 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM:  1,630.05<br>COMMENT: GE CAPITAL RETAIL BANK-LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1488 |
| **PHFA(*)**<br>ATTN: LOAN SERVICING<br>PO BOX 15057<br><br>HARRISBURG, PA  17105-5057 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 1738 |
| **PARAGON FEDERAL CREDIT UNION**<br>370 PASCACK RD<br><br><br>WASHINGTON, NJ  07676 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 0897 |
| **ROAD LOANS***<br>5201 RUFE SNOW DR<br>STE 400<br><br>NORTH RICHLAND HILLS, TX  76180 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 0001 |
| **SANTANDER CONSUMER USA****<br>PO BOX 961245<br><br><br>FT WORTH, TX  76161-1245 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 1000 |
| **SEARS/CITI CARD USA*+++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 3520 |
| **THD/CBSD**<br>POB 6497<br><br><br>SIOUX FALLS, SD  57117 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1290 |
| **VICTORIA'S SECRET**<br>POB 16590<br><br><br>COLUMBUS, OH  43216 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 8254 |
| **WELLS FARGO BANK**<br>PCM PAYMENT PROCESSING<br>POB 94423 MAC Q2132-013<br><br>ALBUQUERQUE, NM  87199-9833 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 4820 |

| | | |
|---|---|---|
| **WELLS FARGO** | Trustee Claim Number:31  INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| PO BOX 660553 | Court Claim Number: | ACCOUNT NO.: 7274 |
| | CLAIM: 0.00 | |
| DALLAS, TX 75266 | COMMENT: NT ADR/SCH | |
| **MATTHEW BRUSHWOOD ESQ** | Trustee Claim Number:32  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| PHELAN ET AL | Court Claim Number: | ACCOUNT NO.: |
| 1617 JFK BLVD STE 1400 | | |
| ONE PENN CENTER PLAZA | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19103 | COMMENT: NATIONSTAR MORT/PRAE | |
| **NATIONSTAR MORTGAGE LLC(*)** | Trustee Claim Number:33  INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| PO BOX 619094 | Court Claim Number:8 | ACCOUNT NO.: 7512 |
| | CLAIM: 0.00 | |
| DALLAS, TX 75261-9741 | COMMENT: PROP SURR/PL*NTC-POSTPET FEE/EXP*REF CL=$535*W/3 | |

Case 13-70295-JAD    Doc 58    Filed 11/14/17    Entered 11/14/17 12:40:24    Desc
Page 6 of 6