**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 13-70295-JAD |
| | : | |
| Nadine B. Bealonis, | : | Chapter 13 |
| Debtor | : | |
| _____ | : | |
| Nadine B. Bealonis, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Ronda J. Winnecour, | : | |
| Ch. 13 Trustee | : | |
| Respondent | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On July 27, 2017 at docket number 57, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*.

    This Certification is being signed under penalty of perjury by Undersigned, Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: <u>April 13, 2018</u>           BY:    /s/ Paul W. McElrath
                                                Paul W. McElrath, Esquire
                                                Attorney for Debtor/Movant
                                                PA I.D. #86220
                                                1641 Saw Mill Run Blvd.
                                                Pittsburgh, PA 15210
                                                (412) 765-3606

**PAWB Local Form 24 (07/13)**