**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Nadine Beth Bealonis**
   Debtor(s)

Bankruptcy Case No.: 13−70295−JAD
Doc. No. 60
Chapter: 13
Docket No.: 61 − 60

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this The 25th of May, 2018, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/17/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/27/18 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

  **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

  In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/17/18.**

                                                               <u>Jeffery A. Deller</u>
                                                               United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                              Case No. 13-70295-JAD
Nadine Beth Bealonis                                                Chapter 13
       Debtor                   CERTIFICATE OF NOTICE
District/off: 0315-7           User: msch                  Page 1 of 3                  Date Rcvd: May 25, 2018
                               Form ID: 408                Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2018.
db             +Nadine Beth Bealonis,    31 Clarion Street,    Johnstown, PA 15905-2219
aty            +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
intp           +Conemaugh Memorial Medical Center,    Attention: Payroll Administrator,    1086 Franklin Street,
                 Johnstown, PA 15905-4305
13617269       +Aspire,   Po Box 105555,    Atlanta, GA 30348-5555
13617270      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982235,    El Paso, TX 79998)
13637786       +Bank Of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
13637788       +Beta Finance,    8585 Broadway #260,   Merrillville, IN 46410-5662
13617271       +Bk Of Amer,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
13617277      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,    Kansas City, MO 64195)
13617272       +Cap One,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13617273       +Cap1/bontn,    Po Box 30253,   Salt Lake City, UT 84130-0253
13617274       +Capital 1 Bank,    Attn: Bankruptcy Dept.,   Po Box 30285,    Salt Lake City, UT 84130-0285
13617275       +Charter One/RBF Citizens,    Attn: RJW-135,   443 Jefferson Blvd,    Warwick, RI 02886-1321
13617276       +Chrysler Financial/TD Auto Finance,    Attention: Bankruptcy,    Po Box 551080,
                 Jacksonville, FL 32255-1080
13617278       +Citifinancial,    605 Munn Road,   Fort Mill, SC 29715-8421
13617279       +Comenity Bank/bon Ton,    3100 Easton Square Pl,    Columbus, OH 43219-6232
13617281      ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,     Dell Financial Services Attn: Bankrupcty,
                 Po Box 81577,    Austin, TX 78708)
13718095      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,     ATTN: Bankruptcy Department,
                 PO BOX 630267,    IRVING, TX 75063)
13617285        Pa Housing Finance Age,    Agency,   Harrisburg, PA 17101
13617286       +Paragon Fed Credit Uni,    100 Paragon Dr,   Montvale, NJ 07645-1780
13617287       +Roadloans.com,    Attn: Bankruptcy,   5201 Rufe Snow Dr Ste 400,
                 North Richland Hills, TX 76180-6036
13617288       +Santander Consumer Usa,    Po Box 961245,   Ft Worth, TX 76161-0244
13617289       +Sears/cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
13637808        THD/CBNA,   PPO BOX 2057,    Kansas City, MO 64195
13617290       +Victoria’s Secret,    Attention: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
13637810       +Wells Fargo Bank,    Attention: Bankruptcy,   Po Box 10438,    Des Moines, IA 50306-0438
13617291       +Wells Fargo Bank,    Macq 2123-013,   Pob 94423,    Albuquerque, NM 87199-4423
13617292       +Wf Fin Bank,    Attention: Bankruptcy,   Po Box 10438,    Des Moines, IA 50306-0438
13617293        Wffinaccpt,    Supreme Re Serving,   Urbandale, IA 50323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 26 2018 01:58:01
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com May 26 2018 01:44:19
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13635814        E-mail/Text: ally@ebn.phinsolutions.com May 26 2018 01:38:16       Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
13617268       +E-mail/Text: ally@ebn.phinsolutions.com May 26 2018 01:38:16       Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
13617272       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 26 2018 01:44:18       Cap One,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13617273       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 26 2018 01:44:18       Cap1/bontn,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
13617274       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 26 2018 01:44:20       Capital 1 Bank,
                 Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13617279       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 26 2018 01:38:32       Comenity Bank/bon Ton,
                 3100 Easton Square Pl,    Columbus, OH 43219-6232
13617280       +E-mail/PDF: creditonebknotifications@resurgent.com May 26 2018 01:43:16       Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
13637799       +E-mail/PDF: gecsedi@recoverycorp.com May 26 2018 01:43:09       GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Attn: Ramesh Singh,
                 Miami, FL 33131-1605
13617283       +E-mail/PDF: gecsedi@recoverycorp.com May 26 2018 01:43:09       GECRB/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13617282       +E-mail/PDF: gecsedi@recoverycorp.com May 26 2018 01:44:14       Gecrb/gap,    Po Box 965005,
                 Orlando, FL 32896-5005
13649819        E-mail/PDF: resurgentbknotifications@resurgent.com May 26 2018 01:43:53
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0315-7                  User: msch                    Page 2 of 3                   Date Rcvd: May 25, 2018
                                      Form ID: 408                  Total Noticed: 43


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13617284       +E-mail/PDF: gecsedi@recoverycorp.com May 26 2018 01:43:40      Lowes /GECRB,
                 Attention:   Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
14657053        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 26 2018 01:43:43
                 Portfolio Recovery Associates, LLC,    PO BOX 41067,    Norfolk, VA 23541
13688954        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 26 2018 01:43:13
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13678314        E-mail/Text: bnc-quantum@quantum3group.com May 26 2018 01:38:36
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
13631982        E-mail/PDF: rmscedi@recoverycorp.com May 26 2018 01:43:45
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13617290       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 26 2018 01:38:32      Victoria’s Secret,
                 Attention: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
cr              Nationstar Mortgage. LLC
13637784*      +Ally Financial,    200 Renaissance Ctr,    Detroit, MI 48243-1300
13637785*      +Aspire,    Po Box 105555,    Atlanta, GA 30348-5555
13637787*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982235,    El Paso, TX 79998)
13637794*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,    Kansas City, MO 64195)
13637789*      +Cap One,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13637790*      +Cap1/bontn,    Po Box 30253,    Salt Lake City, UT 84130-0253
13637791*      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13637792*      +Charter One/RBF Citizens,    Attn: RJW-135,    443 Jefferson Blvd,    Warwick, RI 02886-1321
13637793*      +Chrysler Financial/TD Auto Finance,    Attention: Bankruptcy,     Po Box 551080,
                 Jacksonville, FL 32255-1080
13637795*      +Citifinancial,    605 Munn Road,    Fort Mill, SC 29715-8421
13637796*      +Comenity Bank/bon Ton,    3100 Easton Square Pl,    Columbus, OH 43219-6232
13637797*      +Credit One Bank,    Po Box 98873,    Las Vegas, NV 89193-8873
13637798*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,     Dell Financial Services Attn: Bankrupcty,
                 Po Box 81577,    Austin, TX 78708)
13638100*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,     Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
13637801*      +GECRB/JC Penny,    Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13637800*      +Gecrb/gap,    Po Box 965005,    Orlando, FL 32896-5005
13637802*      +Lowes /GECRB,    Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13637803*       Pa Housing Finance Age,    Agency,    Harrisburg, PA 17101
13637804*      +Paragon Fed Credit Uni,    100 Paragon Dr,    Montvale, NJ 07645-1780
13637805*      +Roadloans.com,    Attn: Bankruptcy,    5201 Rufe Snow Dr Ste 400,
                 North Richland Hills, TX 76180-6036
13637806*      +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
13637807*      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13637809*      +Victoria’s Secret,    Attention: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
13637811*      +Wells Fargo Bank,    Macq 2123-013,    Pob 94423,    Albuquerque, NM 87199-4423
13637812*       Wffinaccpt,    Supreme Re Serving,    Urbandale, IA 50323
                                                                                              TOTALS: 2, * 25, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                                     Signature:  /s/Joseph Speetjens

```
District/off: 0315-7          User: msch                   Page 3 of 3          Date Rcvd: May 25, 2018
                              Form ID: 408                 Total Noticed: 43
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Joseph A. Dessoye    on behalf of Creditor    Nationstar Mortgage. LLC pawb@fedphe.com
              Matthew Gregory Brushwood    on behalf of Creditor    Nationstar Mortgage. LLC pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Nadine Beth Bealonis ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```