IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
NADINE BETH BEALONIS

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 13-70295-JAD

Chapter 13

Related To Doc. No. 60

## ORDER OF COURT

**AND NOW**, this <u>18th</u> day of <u>July</u>, 2018, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
7/18/18 8:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ mas
JEFFERY A. DELLER
CHIEF U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-70295-JAD
Nadine Beth Bealonis                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: amaz              Page 1 of 3              Date Rcvd: Jul 18, 2018
                              Form ID: pdf900         Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
db              +Nadine Beth Bealonis,    31 Clarion Street,    Johnstown, PA 15905-2219
aty             +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                  Pittsburgh, PA 15219-2719
intp            +Conemaugh Memorial Medical Center,    Attention: Payroll Administrator,    1086 Franklin Street,
                  Johnstown, PA 15905-4305
13617269        +Aspire,   Po Box 105555,    Atlanta, GA 30348-5555
13617270       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13637786        +Bank Of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                  Simi Valley, CA 93062-5170
13637788        +Beta Finance,   8585 Broadway #260,    Merrillville, IN 46410-5662
13617271        +Bk Of Amer,   Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                  Simi Valley, CA 93062-5170
13617277       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                  Po Box 20507,    Kansas City, MO 64195)
13617275        +Charter One/RBF Citizens,    Attn: RJW-135,   443 Jefferson Blvd,    Warwick, RI 02886-1321
13617276        +Chrysler Financial/TD Auto Finance,    Attention: Bankruptcy,    Po Box 551080,
                  Jacksonville, FL 32255-1080
13617278        +Citifinancial,   605 Munn Road,    Fort Mill, SC 29715-8421
13617281       ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services,    Dell Financial Services Attn: Bankrupcty,
                  Po Box 81577,    Austin, TX 78708)
13718095       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,    ATTN: Bankruptcy Department,
                  PO BOX 630267,    IRVING, TX 75063)
13617285         Pa Housing Finance Age,    Agency,   Harrisburg, PA 17101
13617286        +Paragon Fed Credit Uni,    100 Paragon Dr,   Montvale, NJ 07645-1780
13617287        +Roadloans.com,   Attn: Bankruptcy,    5201 Rufe Snow Dr Ste 400,
                  North Richland Hills, TX 76180-6036
13617288        +Santander Consumer Usa,    Po Box 961245,   Ft Worth, TX 76161-0244
13617289        +Sears/cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
13637808         THD/CBNA,   PPO BOX 2057,    Kansas City, MO 64195
13637810        +Wells Fargo Bank,   Attention: Bankruptcy,    Po Box 10438,   Des Moines, IA 50306-0438
13617291        +Wells Fargo Bank,   Macq 2123-013,    Pob 94423,   Albuquerque, NM 87199-4423
13617292        +Wf Fin Bank,   Attention: Bankruptcy,    Po Box 10438,   Des Moines, IA 50306-0438
13617293         Wffinaccpt,   Supreme Re Serving,    Urbandale, IA 50323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2018 02:29:57
                  PRA Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
cr               E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2018 02:29:54
                  Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                  Miami, FL  33131-1605
13635814         E-mail/Text: ally@ebn.phinsolutions.com Jul 19 2018 02:22:07      Ally Financial,
                  PO Box 130424,    Roseville, MN 55113-0004
13617268        +E-mail/Text: ally@ebn.phinsolutions.com Jul 19 2018 02:22:07      Ally Financial,
                  200 Renaissance Ctr,    Detroit, MI 48243-1300
13617272        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 19 2018 02:30:31      Cap One,
                  26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13617273        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 19 2018 02:31:15      Cap1/bontn,
                  Po Box 30253,    Salt Lake City, UT 84130-0253
13617274        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 19 2018 02:31:14      Capital 1 Bank,
                  Attn: Bankruptcy Dept.,    Po Box 30285,   Salt Lake City, UT 84130-0285
13617279        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 19 2018 02:22:34      Comenity Bank/bon Ton,
                  3100 Easton Square Pl,    Columbus, OH 43219-6232
13617280        +E-mail/PDF: creditonebknotifications@resurgent.com Jul 19 2018 02:30:35      Credit One Bank,
                  Po Box 98873,    Las Vegas, NV 89193-8873
13637799        +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2018 02:29:48      GE Capital Retail Bank,
                  c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,   Attn: Ramesh Singh,
                  Miami, FL 33131-1605
13617283        +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2018 02:30:28      GECRB/JC Penny,
                  Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
13617282        +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2018 02:31:11      Gecrb/gap,   Po Box 965005,
                  Orlando, FL 32896-5005
13649819         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 19 2018 02:31:34
                  LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                  Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13617284        +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2018 02:31:11      Lowes /GECRB,
                  Attention: Bankruptcy Department,    Po Box 103104,   Roswell, GA 30076-9104
14657053         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2018 02:43:57
                  Portfolio Recovery Associates, LLC,    PO BOX 41067,   Norfolk, VA 23541
13688954         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2018 02:29:56
                  Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541

```
District/off: 0315-7          User: amaz                  Page 2 of 3                   Date Rcvd: Jul 18, 2018
                              Form ID: pdf900             Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13678314         E-mail/Text: bnc-quantum@quantum3group.com Jul 19 2018 02:22:40
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
13631982         E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2018 02:30:35
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13617290        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 19 2018 02:22:34     Victoria's Secret,
                 Attention: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Nationstar Mortgage LLC
cr               Nationstar Mortgage. LLC
13637784*       +Ally Financial,    200 Renaissance Ctr,   Detroit, MI 48243-1300
13637785*       +Aspire,   Po Box 105555,    Atlanta, GA 30348-5555
13637787*      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982235,   El Paso, TX 79998)
13637794*      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,   Kansas City, MO 64195)
13637789*       +Cap One,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13637790*       +Cap1/bontn,    Po Box 30253,   Salt Lake City, UT 84130-0253
13637791*       +Capital 1 Bank,    Attn: Bankruptcy Dept.,   Po Box 30285,   Salt Lake City, UT 84130-0285
13637792*       +Charter One/RBF Citizens,    Attn: RJW-135,   443 Jefferson Blvd,   Warwick, RI 02886-1321
13637793*       +Chrysler Financial/TD Auto Finance,    Attention: Bankruptcy,   Po Box 551080,
                 Jacksonville, FL 32255-1080
13637795*       +Citifinancial,    605 Munn Road,   Fort Mill, SC 29715-8421
13637796*       +Comenity Bank/bon Ton,    3100 Easton Square Pl,   Columbus, OH 43219-6232
13637797*       +Credit One Bank,    Po Box 98873,   Las Vegas, NV 89193-8873
13637798*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services,    Dell Financial Services Attn: Bankrupcty,
                 Po Box 81577,   Austin, TX 78708)
13638100*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,   Greenville, SC 29603-0390)
13637801*       +GECRB/JC Penny,    Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
13637800*       +Gecrb/gap,    Po Box 965005,   Orlando, FL 32896-5005
13637802*       +Lowes /GECRB,    Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
13637803*        Pa Housing Finance Age,    Agency,   Harrisburg, PA 17101
13637804*       +Paragon Fed Credit Uni,    100 Paragon Dr,   Montvale, NJ 07645-1780
13637805*       +Roadloans.com,    Attn: Bankruptcy,   5201 Rufe Snow Dr Ste 400,
                 North Richland Hills, TX 76180-6036
13637806*       +Santander Consumer Usa,    Po Box 961245,   Ft Worth, TX 76161-0244
13637807*       +Sears/cbna,    Po Box 6282,   Sioux Falls, SD 57117-6282
13637809*       +Victoria's Secret,    Attention: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
13637811*       +Wells Fargo Bank,    Macq 2123-013,   Pob 94423,   Albuquerque, NM 87199-4423
13637812*        Wffinaccpt,   Supreme Re Serving,    Urbandale, IA 50323
                                                                                           TOTALS: 2, * 25, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-7           User: amaz                 Page 3 of 3                  Date Rcvd: Jul 18, 2018
                               Form ID: pdf900            Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
          James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          Joseph A. Dessoye    on behalf of Creditor    Nationstar Mortgage. LLC pawb@fedphe.com
          Matthew Gregory Brushwood    on behalf of Creditor    Nationstar Mortgage. LLC pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Nadine Beth Bealonis ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 7
```